# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-3815

———————

Valerie Townes,

        Appellant,

   v.

City of St. Louis,

        Appellee.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri.

\* [UNPUBLISHED]

———————

Submitted:  April 23, 1997

Filed: April 29, 1997

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Valerie Townes appeals from the district court's[1] order granting the City of St. Louis summary judgment in her 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions, we conclude that the district court's judgment was correct and that an extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.